DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALEXANDER KENYAN GREEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2839

[April 28, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit Court, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562012CF3802A.

Alexander Kenyan Green, Stuart, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***